# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * <br> SYLVIA TURLO, <br>                 Petitioner, <br> <br> v. <br> <br> SECRETARY OF HEALTH <br> AND HUMAN SERVICES, <br> <br>                 Respondent. <br> * * * * * * * * * * * * * * * * * * * * * | * <br> * <br> *    No. 13-729V <br> *    Special Master Christian J. Moran <br> * <br> *    Filed: January 4, 2016 <br> * <br> *    Attorneys' fees and costs <br> * <br> * <br> * <br> * |

<u>Ronald C. Homer</u>, Conway, Homer & Chin-Caplan, P.C., Boston, MA, for petitioner;
<u>Althea W. Davis</u>, United States Dep't of Justice, Washington, DC, for respondent.

### UNPUBLISHED DECISION AWARDING ATTORNEYS' FEES AND COSTS[1]

      Sylvia Turlo received compensation through the National Childhood Vaccine Injury Act, 42 U.S.C. §300aa—10 through 34 (2012). <u>Decision</u>, issued Jan. 12, 2015, 2014 WL 674431. She now seeks an award of his attorneys' fees and costs. She is awarded **$30,382.05**.

\* \* \*

      The present case is similar to other recently decided cases involving the law firm representing this petitioner. In short, the parties did not agree to a reasonable hourly rate for the attorneys representing petitioners in the Vaccine Program and the dispute led to litigation. For a more complete recitation of events, <u>see</u>

---

[1] The E-Government Act of 2002, Pub. L. No. 107-347, 116 Stat. 2899, 2913 (Dec. 17, 2002), requires that the Court post this decision on its website. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.

<u>McCulloch v. Sec'y of Health & Human Servs.</u>, No. 09-293V, 2015 WL 5634323 (Fed. Cl. Spec. Mstr. Sept. 1, 2015), and <u>Avchen v. Sec'y of Health & Human Servs.</u>, No. 14-279V (Fed. Cl. Spec. Mstr. Dec. 4, 2015).

Ms. Turlo presently requests an award of $32,730.60 in attorneys' fees, $1,329.95 in attorneys' costs. The Secretary's remaining objection concerns the amount of time the law clerks and attorneys spent.

The Secretary's objection that work performed by law clerks and multiple attorneys duplicated the work the primary attorney performed is well founded. This results in a deduction of $3,678.50.

Ms. Turlo is awarded **$30,382.05** in attorneys' fees and costs. This shall be paid as follows:

- **$30,382.05** representing attorneys' fees and costs. The award shall be in the form of a check made payable jointly to petitioner and petitioner's attorney, Ronald Homer of Conway, Homer & Chin-Caplan, in the amount of **$30,382.05**.

In the absence of a motion for review filed pursuant to RCFC Appendix B, the clerk of the court is directed to enter judgment herewith.

Any questions may be directed to my law clerk, Shannon Proctor, at (202) 357-6360.

**IT IS SO ORDERED.**

s/Christian J. Moran
Christian J. Moran
Special Master